# FILED

## UNDER

# SEAL

1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   ADEN KEBEDE
3  Assistant Federal Public Defender
   Nevada State Bar No. 15581
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Aden_Kebede@fd.org

7  Attorney for Jonathan Robinson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00133-RFB-EJY |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (First Request) |
| JONATHAN ROBINSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Jonathan Robinson, that the Change of Plea Hearing currently scheduled on June 29, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties are discussing a global resolution to include an additional new charge.

2. Defense counsel needs time to discuss the global resolution with Mr. Robinson.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 28th day of June, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Aden Kebede<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | /s/ Edward G. Veronda<br>By_____<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN ROBINSON,<br><br>    Defendant. | Case No. 2:22-cr-00133-RFB-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, June 29, 2022 at 11:00 a.m., be vacated and continued to August 15, 2022 at the hour of 9:00 a.m. in LV Courtroom 7C.

    DATED this 28th day of June, 2022.

                                        RICHARD F. BOULWARE, II
                                        UNITED STATES DISTRICT JUDGE