JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar Number 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN MILLARD ROBINSON,<br><br>　　　　　Defendant. | 2:22-CR-133-RFB-EJY<br><br>**Motion to Vacate the Forfeiture Order, ECF No. 13, and Order** |

　　　　The United States respectfully moves this Court to vacate the Preliminary Order of Forfeiture, ECF No. 13, and notifies this Court the government will not pursue forfeiture as shown in the Criminal Information, ECF No. 8, because the United States lacks custody of the property.

　　　　Dated: September 29, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney
 /s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: October 14, 2022