RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jonathan Millard Robinson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JONATHAN MILLARD ROBINSON,<br><br>      Defendant. | Case No. 2:22-cr-00133-RFB-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jonathan Millard Robinson, that the Revocation Hearing currently scheduled on April 16, 2025, be vacated and continued to May 23, 2025.

This Stipulation is entered into for the following reasons:

1. The pending revocation hearing is scheduled for April 16, 2025, and as the parties continue to seek a resolution, it will likely be contested. Government's counsel is unavailable to proceed with the revocation hearing on April 16. As a result, the parties seek a continuance to allow both parties to prepare for the contested revocation hearing.

2. The defendant is out of custody.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 11th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN MILLARD ROBINSON,<br><br>    Defendant. | Case No. 2:22-cr-00133-RFB-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 16, 2025 at 10:45 a.m., be vacated and continued to May 23, 2025 at the hour of 9:15 a.m.; or to a time and date convenient to the court.

　　　DATED this <u>11th</u> day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE